# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **CALEB BASSETT,** | : |
| **BLAKE BEELER,** | : |
| **LOGAN OGLE, and** | : |
| **FIREARMS POLICY COALITION, INC.,** | : |
| Plaintiffs | : |
| | : Civil Action No. **3:21-cv-152** |
| v. | : |
| **HERBERT SLATERY,** in his official capacity as Attorney General of Tennessee, | : |
| **JEFF LONG,** in his official Capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, | : |
| Defendants | : |

## F.R.C.P. 7.1(a) CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1(a), Firearms Policy Coalition, Inc. submits the following corporate disclosure statement:

Firearms Policy Coalition, Inc. is a nonprofit membership corporation, formed and in good standing in the state of Delaware under section 501(c)(4) of the Internal Revenue Code. Firearms Policy Coalition, Inc. is not publicly traded and has no parent corporation. There is no publicly held corporation that owns ten percent or more of its stock.

DATED this 22nd day of April 2021.

Respectfully Submitted,

/s/ Jay L. Johnson
Jay L. Johnson
TN Bar No. 020155
JOHNSON LAW FIRM
105 Crook Avenue
PO Box 97
Henderson, TN 38340
P: 731-989-2608
E: jay@jayjohnsonlawfirm.com