

FILED
APR 30 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Caleb Bassett, et al.

    Plaintiff,

v.

Case No. 3:21 — cv- 00152

Herbert Slatery and Jeff Long

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Plaintiffs Basset, Beeler and Firearms Policy Coali, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Pennsylvania

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/06/21

_____
(Signature-hand signed)

Name: William Sack
Firm: Firearms Policy Coalition
Address:
    1215 K Street, 17th Floor, Sacramento, CA 95814

Email address: WSack@fpclaw.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

Pd. Receipt #C1018304

AO 136
(Rev 4/93)
## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           )
                                    )  ss.
WESTERN DISTRICT OF PENNSYLVANIA   )

    I, **Joshua C. Lewis**, Clerk of the United States District Court for the Western District of Pennsylvania

    DO HEREBY CERTIFY That William Sack, Esq. was duly admitted to practice in said Court on December 17, 2020, and is in good standing as a member of the bar of said Court.

CLERK OF COURT

Dated at Pittsburgh, Pennsylvania    *Joshua C. Lewis*   212604 cel
Signature of Clerk or Deputy Clerk

on April 26, 2021      *Carina Loushe*
Deputy Clerk