IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| CALBE BASSETT, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:21-cv-152 |
| HERBERT SLATERY, et al., | ) ) ) | Judge Katherine A. Crytzer Magistrate Judge Debra C. Poplin |
| Defendants. | ) | |

**JOINT STIPULATION AND AGREED ORDER REGARDING SERVICE OF COMPLAINT AND DEFENDANTS' TIME TO RESPOND**

Plaintiffs Caleb Bassett, Blake Beeler, Logan Ogle, and Firearms Policy Coalition, Inc.; and Defendants Herbert H. Slatery, Attorney General of Tennessee, and Jeff Long, Commissioner of the Tennessee Department of Safety and Homeland Security, the parties to the above-titled action, respectfully submit the following stipulation to the Court for its approval:

On June 15, 2021, Defendants have agreed to waive service of the complaint contingent upon entry of this joint stipulation and agreed order;

Plaintiffs agree that Defendants will have 60 days from June 15, 2021 to answer or otherwise respond to the complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval: Defendants will answer or otherwise respond to the Complaint on or before August 16, 2021.

**IT IS SO ORDERED.**

**DATED:** _____

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

/s/ *Raymond M. Diguiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*Admitted Pro Hac Vice*

/s/ *William Aaron Sack*
William Aaron Sack
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Admitted Pro Hac Vice*
*ATTORNEYS FOR PLAINTIFFS*

/s/ *Miranda H. Jones*
Miranda H. Jones
Assistant Attorney General
B.P.R. No. 36070
Miranda.Jones@ag.tn.gov
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-1600
Fax: (615) 532-4892
*ATTORNEY FOR DEFENDANTS*

2

Case 3:21-cv-00152-KAC-DCP   Document 11   Filed 06/15/21   Page 2 of 3   PageID #: 56

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 15th day of June 2021, upon the following:

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org

Jay Lance Johnson
Johnson Law Firm
PO Box 97
Henderson, TN 38340
731-989-2608
Fax: 731-989-2634
Email: jay@jayjohnsonlawfirm.com

                                          s/ Miranda Jones
                                          MIRANDA JONES
                                          Assistant Attorney General