IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CALEB BASSETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-152 |
| ) | Judge Katherine A. Crytzer |
| HERBERT SLATERY, et al., ) | Magistrate Judge Debra C. Poplin |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Defendants Herbert Slatery, Tennessee Attorney General and Reporter, and Jeff Long, Commissioner of the Tennessee Department of Safety and Homeland Security, hereby request, under Fed. R. Civ. P. 6(b), an extension of time in which to file a reply to Plaintiffs Caleb Bassett, Blake Beeler, Logan Ogle, and Firearms Policy Coalition, Inc.'s response, (D.E. 20), to Defendants' motion to dismiss. (D.E. 14.)

On August 16, 2021, Defendants filed a motion to dismiss. (D.E. 14.) Plaintiffs conferred with Defendants and requested additional time to file their response, which Defendants did not oppose. Plaintiffs filed their response on September 13, 2021. (D.E. 20.) Defendants' reply brief is currently due on September 20, 2021. *See* L.R. 7.1(a).

Defendants respectfully request that this Court grant an extension of time for Defendants to file their reply until October 8, 2021. Good cause exists to grand this request. One of the undersigned counsel is counsel in pending death penalty litigation, and both of the undersigned counsel will be assisting their division in preparing for or attending depositions in that litigation

on September 16, 17, 20, 22, and 24. In addition, one of the undersigned counsel will be out of the office the week of September 27 – October 1.

The parties have conferred, and Plaintiffs do not oppose this request. The parties agree that an extension will not prejudice either party because no scheduling order has been entered in the case, and the extension will not affect any other deadlines.

For these reasons, and good cause shown, Defendants respectfully request that this Court enter an order setting a deadline of October 8, 2021 for Defendants to submit a reply brief in support of their motion to dismiss.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Dean S. Atyia
Dean S. Atyia (CA 298615)
Acting Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Dean.atyia@ag.tn.gov
(615) 741-1982
*Registered and permitted to practice pursuant to Tenn. Sup. Ct. R. 7, Section 10.07 and Admitted to this Court Pro Hac Vice*

s/ Miranda Jones
Miranda Jones
Assistant Attorney General
B.P.R. No. 36070
Miranda.Jones@ag.tn.gov
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207

Nashville, Tennessee 37202-0207
Phone: (615) 532-1600
Fax: (615) 532-4892
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 15th day of September 2021, upon the following:

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

                                                s/ Miranda Jones
                                                Miranda Jones
                                                Assistant Attorney General