IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CALEB BASSETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-152 |
| | ) | Judge Katherine A. Crytzer |
| HERBERT SLATERY, et al., | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| Defendants. | ) | |

## NOTICE OF INTERVENING AUTHORITY

Defendants submit this notice of the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, --- S.Ct.----, No. 20-843, 2022 WL 2251305 (June 23, 2022).

On August 16, 2021, Defendants filed a motion to do dismiss (D.E. 14, 15), to which Plaintiffs responded (D.E. 20), and which was fully briefed on October 8, 2021. (D.E. 23.) Defendants are currently reviewing the Supreme Court's opinion in *Bruen* but understand that it bears directly on Plaintiffs' claims premised on violations of the Second and Fourteenth Amendments. The decision in *Bruen* may also affect the positions of the parties advanced in the briefing on the motion to dismiss.

Defendants have conferred with Plaintiffs, and continue to confer with Plaintiffs, but the parties have not yet reached consensus on a filing with this Court. Defendants intend to submit further briefing or a proposed change in scheduling once they determine the most efficient manner in which to address the impact of the Supreme Court's decision on this case. Defendants would also be happy to participate in a status conference, at the Court's convenience, should the Court decide that such a conference would facilitate this process.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Dean S. Atyia
Dean S. Atyia (B.P.R. No. 039683)
Acting Assistant Attorney General
Dean.Atyia@ag.tn.gov

s/ Miranda Jones
Miranda Jones (B.P.R. No. 036070)
Assistant Attorney General
Miranda.Jones@ag.tn.gov

Law Enforcement and
Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-0417
Fax: (615) 532-4892
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 1st day of July 2022, upon the following:

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

s/ Miranda Jones
MIRANDA JONES