

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cv-152                                                                 Date: July 20, 2022

Caleb Bassett, *et al.*     vs.     Herbert H. Slatery, *et al.*

**PROCEEDINGS: Video Rule 16 Scheduling Conference.** The Court granted the Parties' joint oral motion to stay the case for forty-five (45) days to permit Plaintiffs to file an amended complaint with Defendants' consent.

THE HONORABLE KATHERINE A. CRYZTER, UNITED STATES DISTRICT JUDGE PRESIDING

| | |
|---|---|
| Jason Huffaker<br>**Deputy Clerk** | Kara Nagorny<br>**Court Reporter** |
| Raymond Mark DiGuiseppe<br>**Attorney of Plaintiffs** | Dean S. Atyia/Miranda Jones/Liz Evan<br>**Attorneys for Defendants** |

11:08 – 11:43