UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BLAKE BEELER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-152-KAC-DCP |
| | ) | |
| JONATHAN SKRMETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION AS MOOT AND LIFTING STAY

Before the Court is Defendants' Motion to Dismiss Plaintiffs' initial Complaint under Federal Rule of Civil Procedure 12(b)(6) [Doc. 14]. Following the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the Court held a Rule 16 Scheduling Conference on July 20, 2022 [Doc. 27]. At the status conference, the Court granted the Parties' joint oral motion for a limited, forty-five-day (45-day) stay of this action "to permit Plaintiffs to file an amended complaint" and to "permit the Court to consider the case under the appropriate legal standard" [Doc. 28]. On September 6, 2022, Plaintiffs filed an Amended Complaint [Doc. 30]. Plaintiffs' Amended Complaint superseded the initial Complaint and mooted Defendants' Motion to Dismiss Plaintiffs' initial Complaint. *See Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is filing an amended complaint moots pending motions to dismiss."). Accordingly, the Court **DENIES AS MOOT** Defendants' Motion to Dismiss Plaintiffs' initial Complaint [Doc. 14]. Additionally, because the grounds for the limited stay no longer exist, the Court **LIFTS** the stay of this case.

IT IS SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge