# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| CALEB BASSETT, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:21-cv-152 |
| | ) | Judge Katherine A. Crytzer |
| HERBERT SLATERY, et al., | ) ) | Magistrate Judge Debra C. Poplin |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Defendants Jonathan Skrmetti,[1] Tennessee Attorney General and Reporter, and Jeff Long, Commissioner of the Tennessee Department of Safety and Homeland Security, hereby request, under Fed. R. Civ. P. 6(b), an extension of time in which to respond to Plaintiffs' amended complaint. (D.E. 30.)

After the United States Supreme Court decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the Court held a Rule 16 Scheduling Conference on July 20, 2022. (D.E. 27.) At the status conference, the Court granted the parties' joint oral motion for a limited, forty-five-day (45-day) stay of this action to allow Plaintiffs to file an amended complaint. (D.E. 28.) Plaintiffs filed an amended complaint on September 6, 2022, and the Court subsequently denied as moot Defendants' motion to dismiss the original complaint. (D.E. 30, 31.)

---

[1] Since Plaintiffs' filing of this action, Jonathan Skrmetti succeeded Herbert Slatery as the Attorney General and Reporter. Defendants respectfully submit that Jonathan Skrmetti should be substituted as a defendant in lieu of Herbert Slatery pursuant to Fed. R. Civ. P. 25(d).

Defendants' response to Plaintiffs' amended complaint is currently due on September 20, 2022. *See* Fed. R. Civ. Pro. 15(a)(3).

Defendants respectfully request that this Court grant a thirty-seven-day extension of time for Defendants to file their response to Plaintiffs' amended complaint, up to and including October 27, 2022. Good cause exists to grant this request because Defendants have worked diligently to draft their response; however, the undersigned was out of the office for personal reasons for a short time, and is working to meet other dispositive deadlines in federal cases upon his return.

The parties have conferred, and Plaintiffs do not oppose this request. The parties agree that an extension will not prejudice either party because no scheduling order is currently in force in the case, and the extension will not affect any other deadlines.

For these reasons, and good cause shown, Defendants respectfully request that this Court enter an order setting a deadline of October 27, 2022 for Defendants to submit a response to Plaintiffs' Amended Complaint.

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Dean S. Atyia
Dean S. Atyia (B.P.R. No. 039683)
Team Leader/Assistant Attorney General
Miranda Jones (B.P.R. No. 36070)
Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-0417
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 16th day of September 2022, upon the following:

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

                                          s/ Dean S. Atyia
                                          Dean S. Atyia
                                          Assistant Attorney General