IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **BLAKE BEELER, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | )    No. 3:21-cv-152 |
| | )    **Judge Katherine A. Crytzer** |
| **JONATHAN SKRMETTI, et al.,** | )    **Magistrate Judge Debra C. Poplin** |
| | ) |
|     **Defendants.** | ) |

## JOINT MOTION TO EXTEND DEFENDANTS' RESPONSE DEADLINE

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs and Defendants jointly move to set November 14, 2022, as the deadline for Defendants to respond to Plaintiffs' operative complaint.

Defendants moved to dismiss Plaintiffs' original complaint on August 16, 2021. On July 1, 2022, Defendants gave notice of the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S.Ct. 2111 (June 23, 2022) (D.E. 26), which, after a conference with the Court, resulted in a brief forty-five day stay of the proceedings to allow the parties and the Court to consider the appropriate legal standard that governs this matter. (D.E. 28.) At the expiration of the stay, Plaintiffs filed a First Amended Complaint to incorporate their view of *Bruen*. (D.E. 30.)

Defendants' response to Plaintiffs' First Amended Complaint is due on October 27, 2022. However, due to the Court's standing order requiring conferral before a party moves to dismiss (D.E. 5), on October 20, 2022, and again on October 26, 2022, counsel for Plaintiffs and counsel for General Skrmetti conferred via email and telephone regarding the motion to dismiss for lack of subject matter jurisdiction that General Skrmetti intended to file on October 27, 2022. Plaintiffs have stated that they desire more time to evaluate the basis of General Skrmetti's contemplated motion before determining how they will proceed as to General Skrmetti. Additionally, Defendant

1

Jeff Long, Commissioner of the Tennessee Department of Safety and Homeland Security, requires additional time to prepare his response in light of the Supreme Court's ruling in *Bruen*.

Accordingly, the parties move for an 18-day extension of Defendants' deadline to file a response to the Amended Complaint from October 27, 2022, to November 14, 2022.

Respectfully Submitted,

s/ Jay L. Johnson
Jay L. Johnson (B.P.R. No. 020155)
Johnson Law Firm
105 Crook Avenue
PO Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

and

JONATHAN SKRMETTI
Attorney General and Reporter

        s/ Miranda Jones  
        MIRANDA JONES (B.P.R. No. 36070)  
        Assistant Attorney General  
        Dean S. Atyia (B.P.R. No. 039683)  
        Team Leader/Assistant Attorney General  
        Office of the Attorney General and Reporter  
        Law Enforcement and Special Prosecutions  
        P.O. Box 20207  
        Nashville, Tennessee 37202-0207  
        Phone: (615) 521-0417  
        Fax: (615) 532-4892  
        Miranda.Jones@ag.tn.gov  
        Dean.Atyia@ag.tn.gov  
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 27th day of October 2022, upon the following:

Jay L. Johnson  
Johnson Law Firm  
105 Crook Avenue  
PO Box 97  
Henderson, TN 38340  
Phone: 731-989-2608  
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)  
The DiGuiseppe Law Firm, P.C.  
4320 Southport-Supply Road  
Suite 300  
Southport, NC 28461  
Phone: 910-713-8804  
Fax: 910-672-7705  
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)  
Firearms Policy Coalition  
1215 K Street

17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

                                          s/ Miranda Jones
                                          MIRANDA JONES
                                          Assistant Attorney General