IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **BLAKE BEELER, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-152 |
| | ) | Judge Katherine A. Crytzer |
| **JONATHAN SKRMETTI, et al.,** | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR THE DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT JONATHAN SKRMETTI

All Plaintiffs and all Defendants, by and through their respective counsel, respectfully submit this joint stipulation in accordance with F.R.C.P. 41(a)(1)(A)(ii) to voluntarily dismiss from the First Amended Complaint Plaintiffs' claims against Defendant Jonathan Skrmetti, with the matter to proceed based on Plaintiffs' claims against Defendant Jeff Long.

Respectfully Submitted,

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*Counsel for Plaintiffs*

HERBERT H. SLATERY III
Attorney General and Reporter

*s/ Dean S. Atyia*
Dean S. Atyia (B.P.R. No. 039683)
Team Leader

Assistant Attorney General
Dean.Atyia@ag.tn.gov
Assistant Attorney General
Miranda.Jones@ag.tn.gov
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-0417
Fax: (615) 532-4892
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this 14th day of November 2022, upon the following, as counsel for Defendants, with consent affix their electronic signatures to the same:

Dean S. Atyia
Team Leader
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

Miranda H. Jones
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe