UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BLAKE BEELER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No.: 3:21-CV-152-KAC-DCP |
| JEFF LONG, | ) |
| Defendant. | ) |

## ORDER STAYING CASE

Before the Court is the Parties' "Joint Motion to Stay Case for 60 Days Pending Submission of Agreed Order of Judgment" [Doc. 37]. On November 14, 2022, the Parties advised the Court that they "have conferred and have agreed on a path to resolution of the case that involves the submission of an agreed order of judgment that would resolve the case in its entirety" [*Id.* at 1]. The Parties request a limited stay of sixty (60) days to permit the Parties to memorialize their agreement [*Id.* at 2].

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). When evaluating a motion to stay a case, courts "must weigh competing interests." *Id.* at 254-55. The anticipated benefits to all Parties compel the Court to grant a brief stay of sixty (60) days so that the Parties can resolve this case. The Parties have successfully negotiated a resolution in principle and purport to be working diligently to finalize that resolution [*See* Doc. 37]. It is in the best interests of the Parties and the Court to promptly resolve this case without further delay. A brief sixty-day (60-day) stay will result in no prejudice.

Accordingly, the Court **GRANTS** the Parties' "Joint Motion to Stay Case for 60 Days Pending Submission of Agreed Order of Judgment" [Doc. 37]. The Court **STAYS** this matter and all deadlines until **January 13, 2023**. In accordance with Local Rule 68.1, the Parties **SHALL** file an agreed stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or submit an agreed order of dismissal under E.D. Tenn. ECF Rule 4.8 by **January 13, 2023**.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge