IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **BLAKE BEELER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-152 |
| | ) Judge Katherine A. Crytzer |
| **JEFF LONG,** | ) Magistrate Judge Debra C. Poplin |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO ENTER AGREED ORDER

The parties jointly move the Court to enter the attached Agreed Order, which reflects the Parties' agreement on the disposition of this litigation.

Respectfully Submitted,

Jay L. Johnson (B.P.R. No. 020155)
Johnson Law Firm
105 Crook Avenue
P.O. Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition

5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

and

JONATHAN SKRMETTI
Attorney General and Reporter


s/ Miranda Jones
Miranda Jones (B.P.R. No. 36070)
Assistant Attorney General
Dean S. Atyia (B.P.R. No. 039683)
Team Leader/Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 23rd day of January 2023, upon the following:

Jay L. Johnson
Johnson Law Firm
105 Crook Avenue
PO Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

2

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

Dean S. Atyia
Team Leader/Assistant Attorney General
Miranda Jones
Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendant*

                                                              s/ Miranda Jones
                                                              Miranda Jones