# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **BLAKE BEELER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-152 |
| ) | Judge Katherine A. Crytzer |
| **JEFF LONG,** ) | Magistrate Judge Debra C. Poplin |
| ) | |
| Defendant. ) | |

## AGREED ORDER

The Parties, having reached agreement, state the following background facts in support of this Agreed Order:

1. Prior to the filing of this action, the State of Tennessee, by and through Defendant, Jeff Long, in his official capacity as the Commissioner of the Tennessee Department of Safety and Homeland Security actively enforced, administered, or implemented laws, and—to the extent they exist—any related regulations, policies, procedures, practices, and customs, regulating the possession and carrying of handguns that restricted individuals aged 18 years old to twenty years old from carrying handguns or obtaining permits to carry handguns on the basis of age alone.

2. On April 22, 2021, Plaintiffs Blake Beeler, Logan Ogle, and the Firearms Policy Coalition, Inc., filed their complaint in this action. On September 6, 2022, Plaintiffs filed their First Amended Complaint to declare unconstitutional and enjoin enforcement of Tenn. Code Ann §§ 39-17-1307(a)(1), (a)(2), (g)(1), 39-17-1351(b)-(c), and 1366(b)(3), and any related regulations, policies, procedures, practices, and customs that Defendant administers, implements, and/or enforces pursuant to Tenn. Code Ann §§ 39-17-1307(a)(1), (a)(2), (g)(1), 39-17-1351(b)-(c), and

1366(b)(3) in order to restrict individuals aged 18 years old to 20 years old from carrying handguns or obtaining permits to carry handguns on the basis of age alone (collectively "the Challenged Scheme"). Plaintiffs argued that, on account of their age alone, the Challenged Scheme made them categorically ineligible for an enhanced handgun carry permit under Tenn. Code Ann. § 39-17-1351 or concealed handgun carry permit under Tenn. Code Ann. § 39-17-1366, categorically ineligible for any permitless carry under Tenn. Code Ann § 39-17-1307, and otherwise generally barred them from exercising the full scope of public carry rights they would otherwise be entitled to exercise.

3. The Challenged Scheme regulating the possession and carrying of handguns restricts individuals aged 18 years old to 20 years old from carrying handguns or obtaining permits to carry handguns on the basis of age alone.

4. The United States Supreme Court issued its decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 213 L. Ed. 2d 387, 142 S. Ct. 2111 (2022), on June 23, 2022.

5. The parties agree that the Challenged Scheme violates the Second and Fourteenth Amendments to the United States Constitution.

6. On or about January 23, 2023, the parties reached an agreement to resolve the matter consistent with the Plaintiffs' requested relief in its operative complaint, as memorialized in this Agreed Order.

**THEREFORE, THE PARTIES AGREE, AND THE COURT ORDERS, AS FOLLOWS:**

1. The Challenged Scheme regulating the possession and carrying of handguns that restricts individuals aged 18 years old to 20 years old from carrying handguns or obtaining permits to carry handguns on the basis of age alone violates the Second and Fourteenth Amendments to the United States Constitution.

2. Defendant and his officers, agents, employees, and all others acting under his direction and control, are permanently enjoined from implementing or enforcing the Challenged Scheme to prevent individuals aged 18 years old to 20 years old from carrying handguns or obtaining permits to carry handguns on the basis of age alone.

3. Defendant, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, shall provide a copy of this Agreed Order to the Tennessee District Attorneys General Conference, the Tennessee Sheriffs' Association, and the Tennessee Association of Chiefs of Police.

4. Defendant shall implement any and all procedures necessary to accept and review enhanced handgun carry permit applications under Tenn. Code Ann. § 39-17-1351 and concealed handgun carry permit applications under Tenn. Code Ann. § 39-17-1366 submitted by individuals aged 18 years old to 20 years old and shall not deny issuance of such a permit on the basis of age alone.

5. Defendant, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, shall, no later than 90 days from the date of this Order, begin processing enhanced handgun carry permit applications under Tenn. Code Ann. § 39-17-1351 and concealed handgun carry permit applications under Tenn. Code Ann. § 39-17-1366 received from to individuals aged 18 years old to 20 years old who otherwise qualify for such a permit.

6. Pursuant to 42 U.S.C. § 1988(b), the Court awards attorneys' fees and costs to Plaintiffs in the amount of $47,250.

7. Defendant, his privies, and his agents shall be released from any further liability for attorneys' fees, costs, and expenses incurred in this matter, except to the extent of attorneys' fees,

costs, and expenses that may be incurred if necessary in connection with an action to enforce the provisions of the Order.

8. This constitutes a final and conclusive resolution of the above-captioned case, with the exception of any matter involving an enforcement of this Agreed Order. Upon entry of this Order, all unadjudicated damages, injuries, claims, demands, or causes of action—known or unknown—arising from, related to, or in any way connected to this lawsuit, that have accrued through the date of this Agreed Order and that were or could have been brought by these Parties, their privies, or their agents, whether current or former, in their official and individual capacities, against one another, shall be deemed released, waived, dismissed, withdrawn, and/or denied as moot, except as may be necessary to enforce the terms of this Agreed Order.

9. The Court retains jurisdiction for the purpose of enforcing this Agreed Order and its provisions, including but not limited to its declaration of law and permanent injunction.

10. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED on this** _____ **day of** _____ **2023.**

_____
KATHERINE A. CRYTZER
United States District Judge

Submitted for entry:

*s/ Jay L. Johnson*
Jay L. Johnson (B.P.R. No. 020155)
Johnson Law Firm
105 Crook Avenue
P.O. Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition, Inc.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

and

JONATHAN SKRMETTI
Attorney General and Reporter

*s/ Miranda Jones*
Miranda Jones (B.P.R. No. 36070)
Assistant Attorney General
Dean S. Atyia (B.P.R. No. 039683)
Team Leader/Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892

Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 23rd day of January 2023, upon the following:

Jay L. Johnson
Johnson Law Firm
105 Crook Avenue
PO Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

Miranda Jones
Assistant Attorney General
Dean S. Atyia
Team Leader/Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207

Nashville, Tennessee 37202-0207
Phone: (615) 741-1982
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendant*

                                        s/ Miranda Jones
                                        Miranda Jones