

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:21-cv-152 　　　　　　　　　　　　　　　　　　Date: February 15, 2023

Blake Beeler, *et al.* 　　　vs.　　　Jeff Long

**PROCEEDINGS:** Motion Hearing re [R.41] Joint Motion to Approve Consent Judgment. Argument heard. For the reasons stated on the record, the Court stayed the action for 30 days to permit the Parties to consider the issues raised and determine how to proceed. The Court will hold the Parties' "Joint Motion to Enter Agreed Order" [Doc. 41] in abeyance.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

| Jason Huffaker | Kara Nagorny |
|---|---|
| **Deputy Clerk** | **Court Reporter** |
| | |
| R. DiGuiseppe/J. Johnson | D. Atyia/M. Jones |
| **Attorneys for Plaintiffs** | **Attorneys for Defendant** |

10:06 – 10:50