IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **BLAKE BEELER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. **3:21-cv-152** |
| ) | Judge **Katherine A. Crytzer** |
| **JEFF LONG,** ) | Magistrate Judge **Debra C. Poplin** |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF SETTLEMENT AGREEMENT**

On February 15, 2023, the Court stayed this case for 30 days to permit the parties to determine how best to resolve this litigation. (D.E. 46, PageID# 312-13.) The Parties herby notify the Court that they have reached a settlement agreement. The Parties intend to submit to the Court additional documentation to resolve the case in accordance with the terms of the settlement agreement, and request until March 24, 2023, to provide the filing(s) to the Court.

Respectfully Submitted,

s/ William Aaron Sack
William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Phone: 916-596-3492
Email: wsack@fpclaw.org

Jay L. Johnson (B.P.R. No. 020155)
Johnson Law Firm
105 Crook Avenue
P.O. Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*Counsel for Plaintiffs*

and

JONATHAN SKRMETTI
Attorney General and Reporter


s/ Miranda Jones
Miranda Jones (B.P.R. No. 36070)
Assistant Attorney General
Dean S. Atyia (B.P.R. No. 039683)
Team Leader/Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served through the electronic filing system on this the 17th day of March 2023, upon the following:

Jay L. Johnson
Johnson Law Firm
105 Crook Avenue
PO Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition
1215 K Street
17th Floor
Sacramento, CA 95814
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

                                                s/ Miranda Jones
                                                Miranda Jones