IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BLAKE BEELER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-152 |
| ) | Judge Katherine A. Crytzer |
| JEFF LONG, ) | Magistrate Judge Debra C. Poplin |
| ) | |
| Defendant. ) | |

## AGREED ORDER

The Parties, having reached agreement, state the following background facts in support of this Agreed Order:

1. The Parties have reached a final agreement resolving this case, entitled "Settlement Agreement and Release of Liability" (the "Settlement"). (Attached as Exhibit 1.)

2. The Settlement provides that the Parties "will file this [Settlement] in the [litigation] seeking dismissal of the [litigation] and jointly requesting that the Court retain jurisdiction for the sole purpose of enforcing this [Settlement] . . . ." (Exhibit 1 § III.6.)

3. The Parties therefore jointly request that the Court approve the Settlement, solely for the purpose of retaining jurisdiction to enforce its terms, and otherwise dismiss the litigation with prejudice.

4. Plaintiff also intends to bring final motions to the Court after dismissal, and seeks a period of thirty days after dismissal but before closure of the case to bring such motions.

**THEREFORE, THE PARTIES AGREE, AND THE COURT ORDERS, AS FOLLOWS:**

1.      The Court has reviewed the attached Settlement and approves its terms only for the purpose of retaining ancillary jurisdiction to enforce its terms in a future action brought by the Parties.

2.      The Court hereby dismisses this action **with prejudice**, except to the extent that the Court retains ancillary jurisdiction to enforce the terms of the attached Settlement in a future action brought the Parties.

3.      Plaintiff shall have thirty days from the date of entry of this Order in which to bring any final motions to this Court's attention for disposition.

**IT IS SO ORDERED** on this  27th   day of     March             2023.

_____
KATHERINE A. CRYTZER
United States District Judge

Submitted for entry:

s/ Jay L. Johnson
Jay L. Johnson (B.P.R. No. 020155)
Johnson Law Firm
105 Crook Avenue
P.O. Box 97
Henderson, TN 38340
Phone: 731-989-2608
Email: jay@jayjohnsonlawfirm.com

Raymond M. DiGuiseppe (Pro Hac Vice)
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

William Aaron Sack (Pro Hac Vice)
Firearms Policy Coalition, Inc.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Phone: 916-596-3492
Email: wsack@fpclaw.org
*Counsel for Plaintiffs*

and

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Miranda Jones
MIRANDA JONES (B.P.R. No. 36070)
Assistant Attorney General
Dean S. Atyia (B.P.R. No. 039683)
Team Leader/Assistant Attorney General
Office of the Attorney General and Reporter
Law Enforcement and Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892
Miranda.Jones@ag.tn.gov
Dean.Atyia@ag.tn.gov
*Counsel for Defendant*