UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| BLAKE BEELER, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) No.: 3:21-CV-152-KAC-DCP |
| JEFF LONG, | ) |
| Defendant. | ) |

## JUDGMENT

In the "Agreed Order" [Doc. 51], the Court **DISMISSED** this action with prejudice. At this time, no issues remain for adjudication by the Court. Therefore, the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT